IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHEDRICK THORTON,<br>    ID # 220003389, | )<br>)<br>) |
|     Plaintiff, | )<br>) |
| v. | )<br>) |
| DR. MICHAEL PITTMAN, ET AL., | )<br>) |
|     Defendants. | )   Civil Action No. 3:22-CV-605-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's claims should be DISMISSED under 28 U.S.C. §§ 1915A and 1915(e)(2)(B). Plaintiff filed his objections on January 11, 2023. Said objections are OVERRULED.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's civil claims in the above-styled and -numbered civil action are

**DISMISSED** under 28 U.S.C. §§ 1915A and 1915(e)(2)(B).

Additionally, the Court **SEVERS** Plaintiff's habeas claims under § 2241 from the above-styled and -numbered civil action and directs the Clerk of Court to open a new habeas case (nature of suit 530) for the now-severed claims and file a copy of this Order in that case. Further, ECF Numbers 3, 4, 10, 23, 30, and 36 in the above-styled and -numbered civil action should also be docketed in that new case, and the new case should be assigned to the same Senior District Judge and Magistrate Judge as this case. Finally, all future pleadings related to the severed habeas matter should be filed in the new case.

SO ORDERED.

Dated this 17th day of January, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE